**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants: COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, DONALD BLACK, SCOTT HAYES, RUSSELL MUNN, KELLY LARA, NATE O'BRIEN, PAUL LABANCE, MICHAEL KEEGAN, JAMES CROUSON, WILLIAM STARR, COURTNEY BARTILSON, FRANK FERMER, CLAUDE TORREY AND JOSEPH REEVE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY E. COUNTEE, IV, | CASE NO. 07-2560 LKK/JFM |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, DONALD BLACK, SCOTT HAYES, RUSSELL MUNN, KELLY LARA, NATE O'BRIEN, PAUL LABANCE, MICHAEL KEEGAN, JAMES CROUSON, WILLIAM STARR, COURTNEY BARTILSON, FRANK FERMER, CLAUDE TORREY, JOSEPH REEVE, AND DOES 1 through XXX, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff COURTNEY E. COUNTEE, IV and Defendants LOU BLANAS, MARK IWASA, DONALD BLACK, SCOTT HAYES, RUSSELL MUNN, KELLY LARA, NATE O'BRIEN, PAUL LABANCE, MICHAEL KEEGAN, JAMES CROUSON, WILLIAM STARR, COURTNEY BARTILSON, FRANK FERMER, CLAUDE TORREY and JOSEPH REEVE by and through their

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE**
{00652228.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

undersigned counsel, that any and all claims against Defendants LOU BLANAS, MARK IWASA, DONALD BLACK, SCOTT HAYES, RUSSELL MUNN, KELLY LARA, NATE O'BRIEN, PAUL LABANCE, MICHAEL KEEGAN, JAMES CROUSON, WILLIAM STARR, COURTNEY BARTILSON, FRANK FERMER, CLAUDE TORREY and JOSEPH REEVE be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

Dated: March 24, 2009    ROSEN, BIEN & GALVAN, LLP

By /s/_____
    Sanford Jay Rosen
    Attorney for Plaintiff

Dated: March 30, 2009    LAW OFFICES OF GERI LYNN GREEN, LC

By /s/_____
    Geri Lynn Green
    Attorney for Plaintiff

Dated: April 16, 2009    PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/_____
    Terence J. Cassidy
    Attorney for Defendants
    COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, DONALD BLACK, SCOTT HAYES, RUSSELL MUNN, KELLY LARA, NATE O'BRIEN, PAUL LABANCE, MICHAEL KEEGAN, JAMES CROUSON, WILLIAM STARR, COURTNEY BARTILSON, FRANK FERMER, CLAUDE TORREY AND JOSEPH REEVE

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

Dated: April 29, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3
**STIPULATION FOR DISMISSAL WITH PREJUDICE**
{00652228.DOC}

PDF created with pdfFactory trial version www.pdffactory.com