**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants: COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, DONALD BLACK, SCOTT HAYES, RUSSELL MUNN, KELLY LARA, NATE O'BRIEN, PAUL LABANCE, MICHAEL KEEGAN, JAMES CROUSON, WILLIAM STARR, COURTNEY BARTILSON, FRANK FERMER, CLAUDE TORREY AND JOSEPH REEVE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY E. COUNTEE, IV, | CASE NO. 07-2560 LKK/JFM |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, DONALD BLACK, SCOTT HAYES, RUSSELL MUNN, KELLY LARA, NATE O'BRIEN, PAUL LABANCE, MICHAEL KEEGAN, JAMES CROUSON, WILLIAM STARR, COURTNEY BARTILSON, FRANK FERMER, CLAUDE TORREY, JOSEPH REEVE, AND DOES 1 through XXX, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff COURTNEY E. COUNTEE, IV and Defendant COUNTY OF SACRAMENTO by and through their undersigned counsel, that any and all claims against Defendant COUNTY OF SACRAMENTO

//

//

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE**
{00652231.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

Dated: March 24, 2009         ROSEN, BIEN & GALVAN, LLP

                              By _/s/_____
                                  Sanford Jay Rosen
                                  Attorney for Plaintiff

Dated: March 30, 2009         LAW OFFICES OF GERI LYNN GREEN, LC


                              By _/s/_____
                                  Geri Lynn Green
                                  Attorney for Plaintiff


Dated: April 16, 2009         PORTER SCOTT
                              A PROFESSIONAL CORPORATION


                              By /s/_____
                                  Terence J. Cassidy
                                  Attorney for Defendants
                                  COUNTY OF SACRAMENTO, LOU
                                  BLANAS, MARK IWASA, DONALD
                                  BLACK, SCOTT HAYES, RUSSELL MUNN,
                                  KELLY LARA, NATE O'BRIEN, PAUL
                                  LABANCE, MICHAEL KEEGAN, JAMES
                                  CROUSON, WILLIAM STARR, COURTNEY
                                  BARTILSON, FRANK FERMER, CLAUDE
                                  TORREY AND JOSEPH REEVE

     IT IS SO ORDERED.

Dated:  April 29, 2009

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

{00652231.DOC}

PDF created with pdfFactory trial version www.pdffactory.com